[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-13184
Non-Argument Calendar
_____

D.C. Docket No. 9:08-cr-80103-DTKH-1


UNITED STATES OF AMERICA,

                                                        Plaintiff-Appellee,

versus

TERRY JOHNSON,

                                                        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(January 25, 2016)

Before JORDAN, JULIE CARNES and BLACK, Circuit Judges.

PER CURIAM:

Neison Marks, appointed counsel for Terry Johnson in this appeal from the denial of 18 U.S.C. § 3582(c)(2) relief, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the denial of Johnson's § 3582(c)(2) motion to reduce his sentence is **AFFIRMED**.